Nov. Term,
1831.

THE STATE
v.
STAFFORD.

---

THE STATE, on the complaint of HAGAMAN, *v.* STAFFORD.

The provisions of the 77th section of the act of 1824, relative to crimes and punishments, requiring certain actions to be brought within one year next after the offence committed,—do not apply to prosecutions under the act for the support of illegitimate children.

Monday,
November 7

ERROR to the *Greene* Circuit Court.

BLACKFORD, J.—This was a prosecution under the statute for

the support of illegitimate children. The accusation was made by the mother before a justice of the peace on the 19th of *September*, 1829; and the child is alleged to have been born on the 11th of *January*, 1826. The Circuit Court set aside the proceedings and discharged the defendant.

*Nov. Term, 1831.*

It is contended, that this suit could not be brought after the expiration of a year from the birth of the child, according to the 77th section of the act relative to crimes and punishments. Stat. 1824, p. 150. That provision, however, is confined to actions for forfeitures on penal statutes; and has no application to a case like the present for the support of an illegitimate child.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*Merrill*, for the plaintiff.

*Kinney*, for the defendant.